IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER DICKSON,

    Plaintiff,

vs.

S. A. GODINEZ, *et al.*,

    Defendants.

Case No. 12-cv-661-JPG-PMF

# JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants S. A. Godinez, Marc Hodges, Director Bates, Mr. Walker, Dr. Fenoglio, Nurse Brooks, Nurse Dower, Nurse Hardy, Lawrence Correctional Center Administration, Lawrence Community Unit School District #20, and Lawrence Health Care Unit and against Plaintiff Christopher Dickson,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all Defendants.

**DATED:** January 30, 2013

**NANCY J. ROSENSTENGEL, Clerk of Court**

**By:** s/Brenda K. Lowe, Deputy Clerk

**Appoved:**  s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**